**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
| --- | --- | --- |
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 17, 2025

Mr. Terrill Goods Sr.
F.C.I. McDowell
P.O. Box 1009
Welch, WV 24801

> Re:  Case No. 25-5569, *Terrill Goods, Sr. v. USA, et al*
> Originating Case No. : 2:25-cv-00065

Dear Mr. Goods,

   This appeal has been docketed as case number **25-5569** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   This court must determine the appellate fee status of each new appeal.  The district court's grant of pauper status at the beginning of the case does not automatically carry over to the appeal.  A new determination is necessary.

   As the appellant, you are responsible for paying the $605.00 filing fee for this appeal.  If you cannot pay the fee in one lump sum, you may file a motion in the district court to proceed on appeal *in forma pauperis* along with a financial affidavit and six-month prison trust account statement to determine if the filing fee should be deducted in installments from your prison trust account, pursuant to 28 U.S.C. § 1915(b).  You have until **July 17, 2025** to either pay the appellate filing fee or file the *in forma pauperis* motion with the U.S. District Court.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

   If you move for pauper status and the district court subsequently denies that motion, you may renew the motion, along with a financial affidavit and six-month prison trust account statement, in this court within 30 days of that ruling.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely,

s/A. Macon for
Sharday Swain, Case Manager
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-5569**

TERRILL GOODS, SR.

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; ANDREW A. SPIEVACK, Assistant United States Attorney; ELAINE LEONARD, Assistant United States Attorney; JAMES A. DALEY, Jailer/Federal Lawyer; COMBINED PUBLIC COMMUNICATIONS, Phone Service Provider for County Jail

       Defendants - Appellees