UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Oct 9, 2025

KELLY L. STEPHENS, Clerk

No. 25-5569

TERRILL GOODS, SR.,

      Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA, et al.,

      Defendants-Appellees.

Before:  MOORE, COLE, and GRIFFIN, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk